IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES V.,

      Plaintiff,                    Case No.: 3:24-cv-234

vs.

COMMISSIONER OF THE SOCIAL      District Judge Michael J. Newman
SECURITY ADMINISTRATION,      Magistrate Judge Stephanie K. Bowman

      Defendant.

_____

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 14); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,681.25; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET**

_____

      This Social Security case is before the Court on the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,681.25. Doc. No. 14. The parties agree that an award of $4,681.25 in attorney's fees satisfies all of Plaintiff's claims for fees, costs, and expenses under the EAJA claims in the instant case. *Id.*

      For good cause shown, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees to Plaintiff in the total amount of $4,681.25. As no further matters remain pending for review, this case remains **TERMINATED** on the docket.

      **IT IS SO ORDERED.**

July 2, 2025 _____                 s/*Michael J. Newman* _____
                                          Hon. Michael J. Newman
                                          United States District Judge